SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| THE COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF SOCIAL SERVICES,<br><br>      Plaintiff,<br><br>      v.<br><br>BUCKEYE COACH LLC; CARDUAN TOURS LLC; CLASSIC ELEGANCE COACHES LLC; COASTAL CREW CHANGE COMPANY LLC; EJECUTIVO ENTERPRISES INC.; EL PASO UNITED CHARTERS LLC; GARCIA AND GARCIA ENTERPRISES INC. (D.B.A. FRANCISCO TOURS); JY CHARTER BUS INC.; LILY'S BUS LINES INC.; MAYO TOURS, INC.; NORTENO EXPRESS LLC; ROADRUNNER CHARTERS INC.; SOUTHWEST CREW CHANGE COMPANY LLC; TRANSPORTES REGIOMONTANOS INC. (D.B.A. AUTOBUSES REGIOMONTANOS); VLP CHARTER LLC; WINDSTAR LINES INC.; and WYNNE TRANSPORTATION LLC,<br><br>      Defendants. | Index No. 150122/2024<br>Hon. Mary V. Rosado<br><br>**NOTICE OF FILING OF<br>NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. § 1446(d), Defendants ROADRUNNER CHARTERS INC. removed the above-captioned action to the United States District Court for the Southern District of New York. Attached hereto as Exhibit 1 is the Notice of Removal and all attachments filed in the District Court.

Dated: New York, New York
January 16, 2024

                     HANTMAN & ASSOCIATES
                     **By: /s/ Robert Hantman**
                     Robert Hantman, Esq.
                     rhantman@hantmanlaw.com

2

        Nyall J. Cook, Esq.
        ncook@hantmanlaw.com
        Joseph J. Ferrara, Esq. Of Counsel
        jferrara@hantmanlaw.com
        1120 Avenue of the Americas 4th Floor
        New York, New York 10036
        (212) 684-3933
        *Attorneys of Defendant Road Runners*
        *Charters Inc.*
        www.hantmanlaw.com

3

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 16, 2024 a copy of the foregoing was filed electronically via the Court's electronic filing system which will send notification of such filing to all attorneys of record.

**By: /s/ Robert Hantman**
Robert Hantman, Esq.