UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF SOCIAL SERVICES,<br><br>                            Plaintiff,<br><br>v.<br><br>BUCKEYE COACH LLC; CARDUAN TOURS LLC; CLASSIC ELEGANCE COACHES LLC; COASTAL CREW CHANGE COMPANY LLC; EJECUTIVO ENTERPRISES INC.; EL PASO UNITED CHARTERS LLC; GARCIA AND GARCIA ENTERPRISES INC. (D.B.A. FRANCISCO TOURS); JY CHARTER BUS INC.; LILY'S BUS LINES INC.; MAYO TOURS, INC.; NORTENO EXPRESS LLC; ROADRUNNER CHARTERS INC.; SOUTHWEST CREW CHANGE COMPANY LLC; TRANSPORTES REGIOMONTANOS INC. (D.B.A. AUTOBUSES REGIOMONTANOS); VLP CHARTER LLC; WINDSTAR LINES INC.; and WYNNE TRANSPORTATION LLC.,<br><br>                            Defendants. | 1:24-cv-00326-VSB<br><br>NOTICE OF APPEARANCE |

## NOTICE OF APPEARANCE

Please take notice that Darren W. Johnson of Paul, Weiss, Rifkind, Wharton & Garrison LLP hereby enters his appearance as one of the counsel in the above-captioned action for Plaintiff Commissioner of the New York City Department of Social Services and requests that all future correspondence and papers be served upon the undersigned.

| | |
|---|---|
| Dated: January 19, 2024 | Respectfully submitted, |
| | /s/ Darren W. Johnson |
| | Darren W. Johnson<br>PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone: (212) 373-3710<br>Facsimile: (212) 492-0710<br>djohnson@paulweiss.com |
| | *Counsel for Plaintiff Commissioner of the New York City Department of Social Services* |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 19th day of January, 2024, I caused a copy of the foregoing document to be served upon all counsel of record via the Court's CM/ECF system and on all Defendants who have not yet entered an appearance by overnight delivery service (FedEx) to their business address on file in their state of incorporation.

                                                /s/ Darren W. Johnson
                                                Darren W. Johnson