**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON  (1946-1991)
RANDOLPH E. PAUL   (1946-1956)
SIMON H. RIFKIND   (1950-1995)
LOUIS S. WEISS     (1927-1950)
JOHN F. WHARTON    (1927-1977)

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

CENTURY PARK EAST, SUITE 2000
LOS ANGELES, CALIFORNIA 90067-3006
TELEPHONE: (310) 982-4350

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

1313 NORTH MARKET STREET, SUITE 806
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W. ABBOTT
EDWARD T. ACKERMAN
JACOB A. ADLERSTEIN
WILL AITKEN-DAVIES*
JARRYD E. ANDERSON
STEFAN ARNOLD-SOULBY*
JONATHAN H. ASHTOR
ROBERT A. ATKINS
KANESH BALASUBRAMANIAM*
SCOTT A. BARSHAY
PAUL M. BASTA
LYNN B. BAYARD
JOSEPH J. BIAL
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
BRIAN BOLIN
ANGELO BONVINO
ANDRE G. BOUCHARD*
PAUL D. BRACHMAN
ROBERT A. BRITTON
BRAD BROWN
WALTER F. BROWN*
SUSANNA M. BUERGEL
JESSICA S. CAREY
JOHN P. CARLIN
DAVID CARMONA
BONNIE CHEN
GEOFFREY R. CHEPIGA
ELLEN N. CHING
WILLIAM A. CLAREMAN
LEWIS R. CLAYTON
YAHONNES CLEARY
REBECCA S. COCCARO
JAY COHEN
KELLEY A. CORNISH
TIMOTHY CRUICKSHANK
CHRISTOPHER J. CUMMINGS
TIHITINA DAGNEW
THOMAS V. DE LA BASTIDE III
MEREDITH R. DEARBORN*
KAREN L. DUNN
ALICE BELISLE EATON
ANDREW J. EHRLICH
CAROLINE B. EPSTEIN
GREGORY A. EZRING
ROSS A. FIELDSTON
ANDREW C. FINCH
BRAD J. FINKELSTEIN
BRIAN P. FINNEGAN
ROBERTO FINZI
PETER E. FISCH
HARRIS FISCHMAN
KATHERINE B. FORREST
VICTORIA S. FORRESTER
HARRIS B. FREIDUS
MANUEL S. FREY
DAVID P. FRIEDMAN
MATTHEW R. FRIEDMAN
KENNETH A. GALLO
REUVEN P. GARRETT
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
MATTHEW B. GOLDSTEIN
ROBERTO J. GONZALEZ*
BENJAMIN GOODCHILD
MARTHA L. GOODMAN
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
JOE GRAHAM
BRIAN S. GRIEVE
UDI GROFMAN
MELINDA HAAG*
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
IAN M. HAZLETT
BRIAN S. HERMANN
JOSHUA HILL JR.
MICHELE HIRSHMAN
JARRETT R. HOFFMAN
ROBERT HOLO
CHRISTOPHER HOPKINS
DAVID S. HUNTINGTON
AMRAN HUSSEIN
LORETTA A. IPPOLITO
WILLIAM A. ISAACSON*
SOHAIL ITANI
JAREN JANGHORBANI
BRIAN M. JANSON
LUKE JENNINGS
JEH C. JOHNSON
ROGER JOHNSON*
DEIRDRE JONES*
MATTHEW B. JORDAN
CHRISTODOULOS KAOUTZANIS
BRAD S. KARP
JOHN C. KENNEDY
ROBERT A. KILLIP
BRIAN KIM
KYLE J. KIMPLER
ROBERT A. KINDLER

ALEXIA D. KORBERG
NINA KOVALENKO
DANIEL J. KRAMER
ANDREW D. KRAUSE
BRIAN KRAUSE
CAITH KUSHNER
DAVID K. LAKHDHIR
GREGORY F. LAUFER
MATTHEW N. LEIST*
BRIAN C. LAVIN
XIAOYU GREG LIU
TIMOTHY LOWE*
RANDY LUSKEY*
LORETTA E. LYNCH
JEFFREY D. MARELL
MARCO V. MASOTTI
ELIZABETH R. MCCOLM
ANNE MCGINNIS
JEAN M. MCLOUGHLIN
MARK F. MENDELSOHN
CLAUDINE MEREDITH-GOUJON
MATTHEW MERKLE
WILLIAM B. MICHAEL
SEAN A. MITCHELL
ERIN J. MORGAN
JUDIE NG SHORTELL*
CATHERINE NYARADY
JANE B. O'BRIEN
CIAN O'CONNOR*
BRAD R. OKUN
SUNG PAK
CRYSTAL L. PARKER
LINDSAY B. PARKS
ANDREW M. PARLEN
JOHN PATTEN*
DANIELLE C. PENHALL
CHARLES J. PESANT
ANASTASIA V. PETERSON
ANDREAS PHILIPSON*
JESSICA E. PHILLIPS*
AUSTIN S. POLLET*
RAVI PUROHIT
VALERIE E. RADWANER
JEFFREY J. RECHER
LORIN L. REISNER
JEANNIE S. RHEE*
ANDREW N. ROSENBERG
JACQUELINE P. RUBIN
RAPHAEL M. RUSSO
NEEL V. SACHDEV*
JEFFREY B. SAMUELS
PAUL L. SANDLER
AARON J. SCHLAPHOFF
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JOHN M. SCOTT
BRIAN SCRIVANI
KYLE T. SEIFRIED
KANNON K. SHANMUGAM
SCOTT A. SHER*
SUHAN SHIM
MARIAN S. SHIN
ANUSHA SIMHA
CULLEN L. SINCLAIR
MAURY SLEVIN
KYLE SMITH
AUDRA J. SOLOWAY
SCOTT M. SONTAG
JOSHUA H. SOVEN*
MEGAN SPELMAN
ROBERT Y. SPERLING
EYITAYO ST. MATTHEW-DANIEL
SARAH STASNY
BEN STEADMAN
AIDAN SYNNOTT
ROBERT D. TANANBAUM
BRETTE TANNENBAUM
RICHARD C. TARLOWE
DAVID TARR
MONICA K. THURMOND
DANIEL J. TOAL
LAURA C. TURANO
CONRAD VAN LOGGERENBERG
KRISHNA VEERARAGHAVAN
JEREMY M. VEIT
LIZA M. VELAZQUEZ
MICHAEL VOGEL
ANDREA WAHLQUIST BROWN
JOHN WEBER
THEODORE V. WELLS, JR.
ERIC J. WEDEL
SAMUEL J. WELT
LINDSEY L. WIERSMA
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
MARK B. WLAZLO
STACI YABLON
BOSCO YIU*
TONG YU
KENNETH S. ZIMAN
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

**APPLICATION GRANTED**
**SO ORDERED** [signature]
**VERNON S. BRODERICK**
**U.S.D.J.**

Defendants shall respond to Plaintiff's motion for a preliminary injunction by January 31, 2024, and Plaintiff shall file its reply papers in support of its motion by February 5, 2024.

Before scheduling a hearing, the Court directs the parties to submit supplemental briefing addressing Defendant Roadrunner Charters Inc.'s contention that I have subject-matter jurisdiction over this action. To the extent the parties believe that diversity jurisdiction exists, they must demonstrate that all the members of each LLC are citizens of different states than all opposing parties. *See Dumann Realty, LLC v. Faust*, No. 09-cv-7651, 2013 WL 30672, at *2 (S.D.N.Y. Jan. 3, 2013). If the Court lacks jurisdiction, the parties shall explain why this case should not be remanded before a conference on the motion is held. The parties' letters shall be filed by January 31, 2024. Plaintiff shall serve a copy of this Order on all Defendants.

Dated: January 24, 2024

Hon. Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, NY 10007

Re: 1:24-cv-00326-VSB

Dear Judge Broderick:

On behalf of the Plaintiff Commissioner of the New York City Department of Social Services, we write to request an in-person conference as soon as possible regarding the Plaintiff's January 4, 2024 application for a preliminary injunction to enjoin Buckeye Coach LLC; Carduan Tours LLC; Classic Elegance Coaches LLC; Coastal Crew Change Company LLC; Ejecutivo Enterprises Inc.; El Paso United Charters LLC; Garcia and Garcia Enterprises Inc. (d.b.a. Francisco Tours); JY Charter Bus Inc.; Lily's Bus Lines Inc.; Mayo Tours, Inc.; Norteno Express LLC; Roadrunner Charters Inc.; Southwest Crew Change Company LLC; Transportes Regiomontanos Inc.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Vernon S. Broderick                                                                                                          2

(d.b.a. Autobuses Regiomontanos); VLP Charter LLC; Windstar Lines Inc.; and Wynne Transportation LLC (collectively, "Defendants") pursuant to New York Social Services Law Section 149 to: (a) pay the New York City Social Services Commissioner for the costs of care for at least 33,600 individuals they have already transported to New York City to implement Texas Governor Greg Abbott's publicly-articulated plan to shift the traditional cost of migration at the Southern Border to New York City and other urban areas in order to force a change in national immigration policy; and (b) pay for the cost of care for any additional individuals whom they transport, or cause to be transported, in the future from Texas to New York City to implement the Texas Governor's plan.

The Plaintiff Commissioner requested this relief in an Order to Show Cause submitted to the New York County Supreme Court on January 4, 2024. On January 9, the New York County Supreme Court ordered the Defendants to show cause on January 22, 2024, why a preliminary injunction should not be granted and set an expedited schedule for briefing and responsive papers in advance of the hearing. Dkt. No. 1 Ex. B at pp. 29-31. After the deadline set in the Order to Show Cause for the Defendants' responsive papers had passed without service of any response and before the hearing could be held, one Defendant—Roadrunner Charts Inc.—removed the case to the United States District Court for the Southern District of New York.

This suit is now pending in federal court in the same procedural posture it had in state court, which was with a hearing set to consider an application for interim relief and an expedited schedule for pre-hearing briefing and responsive papers. 28 U.S. Code § 1446(a); *D.H. Blair & Co.* v. *Gottdiener*, 462 F.3d 95, 108 (2d Cir. 2006). This Court is now in a position to give effect to an expedited schedule for briefing and responsive papers and a hearing as provided in the New York County Supreme Court's previously-signed Order to Show Cause. *Miller* v. *Steloff*, 686 F. Supp. 91, 93 (S.D.N.Y. 1988); *see Linden* v. *Chase Manhattan Corp.*, 52 F. Supp. 2d 387, 388–89 (S.D.N.Y. 1999) ("Recognition that the federal court obtains jurisdiction when the notice of removal is filed with it serves an important purpose: there may be urgent need for it to issue restraining or protective orders, too pressing to await even the prompt filing of further papers in the state court."); *cf.* Your Honor's Individual Rules & Practices in Civil Cases Rule 5(A).

Regardless of whether this case remains before Your Honor or is remanded back to the New York County Supreme Court, there is an immediate need for the same expedited approach that the New York County Supreme Court has already ordered in the January 9, 2024 Order to Show Cause. Certainly the federal procedure for removal cannot be used to evade the expedited schedule that the New York County Supreme Court ordered given the urgency of this matter because of the Defendants' continuing implementation of the Texas Governor's bad faith plan to shift costs from Texas to New York City to force President Biden to change national immigration policy.

Indeed, the pending question of whether the other sixteen Defendants will consent to removal cannot defeat the urgent need to consider the Plaintiff Commissioner's application on an expedited basis in either federal or state court, which

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Vernon S. Broderick                                                                                                  3

the New York County Supreme Court recognized in setting an expedited schedule for briefing and responsive papers and a hearing.  Taking into account the delay in the schedule set in the signed Order to Show Cause resulting from the removal notice, we respectfully request that Your Honor schedule the hearing and pre-hearing briefing and responsive papers deadlines with the same urgency as the schedule the New York County Supreme Court ordered in its Order To Show Cause.  Accordingly, for consideration at the requested in-person conference, we propose that the Defendants' answering papers, if any, be served upon Plaintiff's counsel by email on or before January 31, 2024, at 5:00 PM; the Plaintiff's reply papers be served upon Defendants by email on or before February 5, 2024 at 5:00 PM; and an in-person hearing be held before Your Honor or the New York County Supreme Court on February 13, 2024, at a time set by this Court or the New York County Supreme Court, depending on whether the case remains before Your Honor or it is remanded.

       Thank you for your consideration of this request.

       Respectfully,

       /s/ Steven Banks

       Steven Banks
       Michele Hirshman
       Counsel for the Plaintiff Commissioner

cc: Muriel Goode-Trufant, First Assistant Corporation Counsel, City of New York via email.

Michael Kozlowski, Mark Levine, and Hamed Moradi, Counsel for Defendants Wynne Transportation LLC and Southwest Crew Change Company LLC via overnight delivery service (FedEx) and email.

Robert J. Hantman, Counsel for Defendant Roadrunner Charters Inc. via the Court's CM/ECF system.

Buckeye Coach LLC; Carduan Tours LLC; Classic Elegance Coaches LLC; Coastal Crew Change Company LLC; Ejecutivo Enterprises Inc.; El Paso United Charters LLC; Garcia and Garcia Enterprises Inc. (d.b.a. Francisco Tours); JY Charter Bus Inc.; Lily's Bus Lines Inc.; Mayo Tours, Inc.; Norteno Express LLC; Transportes Regiomontanos Inc. (d.b.a. Autobuses Regiomontanos); VLP Charter LLC; and Windstar Lines Inc. via overnight delivery service (FedEx).

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Vernon S. Broderick 4

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of January, 2024, I caused a copy of the foregoing document to be served upon all counsel of record via the Court's CM/ECF system and on all Defendants via overnight delivery service (FedEx) and email to counsel who have stated they represent certain Defendants or the Defendants' business address on file in their state of incorporation.

/s/ Steven Banks
Steven Banks