# Exhibit A



| DATE: | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 06/10/2009 | 200916100136 | ARTICLES OF ORGNZTN/DOM. PROFIT LIM.LIAB. CO. (LCP) | 125.00 | .00 | .00 | .00 | .00 |

### Receipt
This is not a bill. Please do not remit payment.

BUCKEYE COACH LLC
98 VILLAGE POINTE DR
COLUMBUS, OH 43065

# STATE OF OHIO
## CERTIFICATE
### Ohio Secretary of State, Jennifer Brunner

**1862735**

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**BUCKEYE COACH LLC**

and, that said business records show the filing and recording of:

Document(s)                                      Document No(s):
**ARTICLES OF ORGNZTN/DOM. PROFIT LIM.LIAB. CO.**       **200916100136**



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 9th day of June, A.D. 2009.

Ohio Secretary of State



Form 533A Prescribed by the:
**Ohio Secretary of State**

Central Ohio: (614) 466-3910
Toll Free: (877) SOS-FILE (767-3453)

www.sos.state.oh.us
Busserv@sos.state.oh.us

| Expedite this form: (select one) Mail form to one of the following: |
|---|
| ○ Expedite    PO Box 1390<br>Columbus, OH 43216<br>*** Requires an additional fee of $100 *** |
| ⊙ Non Expedite   PO Box 670<br>Columbus, OH 43216 |

## ARTICLES OF ORGANIZATION FOR A DOMESTIC LIMITED LIABILITY COMPANY
### Filing Fee: $125.00

**(CHECK ONLY ONE (1) BOX)**

| (1) ☑ Articles of Organization for Domestic For-Profit Limited Liability Company<br>(115-LCA)<br>ORC 1705 | (2) ☐ Articles of Organization for Domestic Nonprofit Limited Liability Company<br>(115-LCA)<br>ORC 1705 |
|---|---|

Name of limited liability company

**BUCKEYE COACH LLC**

Name must include one of the following words or abbreviations: "limited liability company," "limited," "LLC," "L.L.C.," "ltd.," "or "ltd"

Effective Date (Optional)    06/05/2009    (The legal existence of the limited liability company begins upon the filing
                              mm/dd/yyyy    of the articles or on a later date specified that is not more than ninety days after filing)

This limited liability company shall exist for _____
(Optional)                                      Period of Existence

Purpose
(Optional)
_____
_____
_____
_____
_____

RECEIVED SECRETARY OF STATE
2009 JUN 19 PM 12:88
CLIENT SERVICE CENTER

☐ *Check here if additional provisions are attached*

Form 533A                    Page 1 of 5                    Last Revised: 8/21/08

# ORIGINAL APPOINTMENT OF AGENT

The undersigned authorized member(s), manager(s) or representative(s) of

BUCKEYE COACH LLC
Name of Limited Liability Company

hereby appoint the following to be Statutory Agent upon whom any process, notice or demand required or permitted by statute to be served upon the limited liability company may be served. The name and address of the agent is

GABRIEL AGBAIKE
Name of Agent

98 VILLAGE POINTE DRIVE
Mailing Address

| POWELL | Ohio | 43065 |
|---|---|---|
| City | State | Zip Code |

☐ If the agent is an individual and using a P.O. Box, check this box to certify the agent is an Ohio resident.

## ACCEPTANCE OF APPOINTMENT

The undersigned, named herein as the statutory agent for

BUCKEYE COACH LLC
Name of Limited Liability Company

hereby acknowledges and accepts the appointment of agent for said limited liability company

Agent's Signature

By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document on behalf of the limited liability company identified above.

**REQUIRED**
Articles and original appointment of agent must be authenticated **(signed)** by a member, manager or other representative.

_____   06/05/2009
Signature                                    Date

GABRIEL AGBAIKE
Print Name


_____   _____
Signature                                    Date


_____
Print Name


_____   _____
Signature                                    Date


_____
Print Name


(See Instructions Below)



# Tue Jan 09 2024

| | |
|---|---|
| **Entity#:** | 1862735 |
| **Filing Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Original Filing Date:** | 06/09/2009 |
| **Location:** | --- |
| **Business Name:** | BUCKEYE COACH LLC |
| **Status:** | Active |
| **Exp. Date:** | - |

## Agent/Registrant Information

GABRIEL AGBAIKE
98 VILLAGE POINTE DRIVE
POWELL OH 43065
06/09/2009
Active

## Filings

| Filing Type | Date of Filing | Document ID |
|---|---|---|
| OHIO LLC - ARTICLES OF ORGANIZATION | 06/09/2009 | 200916100136 |

UNITED STATES OF AMERICA
STATE OF OHIO
OFFICE OF SECRETARY OF STATE

*I, Frank LaRose, Secretary of State of the State of Ohio, do hereby certify that this is a list of all records approved on this business entity and in the custody of the Secretary of State.*



*Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 9th of January, A.D. 2024*

*Ohio Secretary of State*