UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                        :

THE COMMISSIONER OF THE NEW  :
YORK CITY DEPARTMENT OF SOCIAL :
SERVICES,                                :
                                        :   24-CV-326 (VSB)
                      Plaintiff,  :
                                        :       **ORDER**
          -against-  :

BUCKEYE COACH LLC, *et al.*,  :
                    Defendants.  :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Counsel are advised that Steven R. Banks, who filed a notice of appearance on January 19, 2024, and a pro bono legal team at Paul, Weiss, Rifkind, Wharton & Garrison LLP assist the participants of one of the Re-Entry through Intensive Supervision and Employment ("RISE") Courts—a re-entry program devoted to reducing recidivism among the highest-risk population on supervised release—over which I preside. Although I do not believe that this association is grounds for recusal, *see* 28 U.S.C. § 455(a), it is hereby

      ORDERED that the parties may file any motions for disqualification by February 9, 2024.

SO ORDERED.

Dated: February 7, 2024
       New York, New York

                                                        _____
                                                        Vernon S. Broderick
                                                       United States District Judge